1  Martin A. Little, Esq.
Nevada Bar No. 7067
2  Email: mal@juww.com
Brian C. Wedl, Esq.
3  Nevada Bar No. 8717
4  Email: bcw@juww.com
JOLLEY URGA WIRTH WOODBURY
5  &STANDISH
3800 Howard Hughes Pkwy
6  Wells Fargo Tower, 16th Floor
7  Las Vegas, Nevada 89169
Telephone: 702-699-7500
8  Facsimile: 702-699-7555

9  James A. Gale
Florida Bar No. 371726 (*admitted pro hac vice*)
10  Email: jgale@feldmangale.com
Richard Guerra
11  Florida Bar No. 689521 (*admitted pro hac vice*)
Email: rguerra@feldmangale.com
12  FELDMANG GALE, P.A.
One Biscayne Tower – 30th Floor
13  2 S. Biscayne Blvd.
Miami, Florida 33131
14  Telephone: 305-358-5001
Facsimile: 305-358-3309
15

16  Attorneys for Respondent
Operadora Anderson's, S.A. de C.V.
17

18  **UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
19

20  GRUPO ANDERSON'S, S.A. DE C.V.,
a Mexican corporation,
21                                                  Case No. 2:12-CV-01821-JCM-(PAL)

Petitioner,
22                                                  AMENDED

vs.                                              **STIPULATION AND ORDER OF**
23                                                  **DISMISSAL WITHOUT PREJUDICE**

24  OPERADORA ANDERSON'S, S.A. DE C.V., a
Mexican corporation,
25

Respondent.
26

27

28

1

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600
LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600
LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

1       Petitioner Grupo Anderson's, S.A. de C.V. ("Grupo") and Respondent Operadora

2 Anderson's, S.A. de C.V. ("Operadora"), by their respective undersigned counsel and pursuant

3 to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal *without prejudice* of Grupo's

4

5 Application for Order Confirming Arbitration Award (Dkt. #1), with each party to bear its own

6 attorney's fees and costs.

7 DATED this 30th day of April, 2013.

8

9 JOLLEY URGA WIRTH WOODBURY       GORDON SILVER
   & STANDISH

10

11 s/ Martin A. Little_____       s/ Kenneth E. Hogan_____
   Martin A. Little, Esq.       Eric R. Olsen, Esq.

12 Brian C. Wedl, Esq.       Kenneth E. Hogan, Esq.
   3800 Howard Hughes Pkwy., #1600     3960 Howard Hughes Pkwy., 9th Floor

13 Las Vegas, Nevada 89169       Las Vegas, Nevada 89169
   Attorneys for Respondent       Attorneys for Petitioner

14

15

16

17                 **ORDER**

18       IT IS HEREBY ORDERED that these proceedings are hereby dismissed *without*

19 *prejudice* with each party to bear its own attorney's fees and costs. The hearing set for May 1,
   2013, at 10:00 AM is hereby VACATED.

20       IT IS SO ORDERED April 30, 2013.

21

22               _____

23               UNITED STATES DISTRICT JUDGE

24

25

26

27

28

3800 HOWARD HUGHES PARKWAY, SUITE 1600
Jolley Urga Wirth Woodbury & Standish
LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

1   Prepared and submitted by:

2   Martin A. Little, Esq.
    Nevada Bar No. 7067
3   Email: mal@juww.com

4   Brian C. Wedl, Esq.
    Nevada Bar No. 8717
5   Email: bcw@juww.com

6   JOLLEY URGA WIRTH WOODBURY
    &STANDISH
7   3800 Howard Hughes Pkwy
    Wells Fargo Tower, 16th Floor
8   Las Vegas, Nevada 89169

9   James A. Gale
    Florida Bar No. 371726 (*admitted pro hac vice*)
10  Email: jgale@feldmangale.com

11  Richard Guerra
    Florida Bar No. 689521 (*admitted pro hac vice*)
12  Email: rguerra@feldmangale.com

    FELDMANG GALE, P.A.
13  One Biscayne Tower – 30th Floor
    2 S. Biscayne Blvd.
14  Miami, Florida 33131

15  Attorneys for Respondent
    Operadora Anderson's, S.A. de C.V.

16

17

18

19

20

21

22

23

24

25

26

27

28