Martin A. Little, Esq.
Nevada Bar No. 7067
Email: mal@juww.com
Brian C. Wedl, Esq.
Nevada Bar No. 8717
Email: bcw@juww.com
JOLLEY URGA WIRTH WOODBURY &STANDISH
3800 Howard Hughes Pkwy
Wells Fargo Tower, 16th Floor
Las Vegas, Nevada 89169
Telephone: 702-699-7500
Facsimile: 702-699-7555

James A. Gale
Florida Bar No. 371726 (*admitted pro hac vice*)
Email: jgale@feldmangale.com
Richard Guerra
Florida Bar No. 689521 (*admitted pro hac vice*)
Email: rguerra@feldmangale.com
FELDMANG GALE, P.A.
One Biscayne Tower – 30th Floor
2 S. Biscayne Blvd.
Miami, Florida 33131
Telephone: 305-358-5001
Facsimile: 305-358-3309

Attorneys for Respondent
Operadora Anderson's, S.A. de C.V.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRUPO ANDERSON'S, S.A. DE C.V., a Mexican corporation,<br><br>Petitioner,<br><br>vs.<br><br>OPERADORA ANDERSON'S, S.A. DE C.V., a Mexican corporation,<br><br>Respondent. | Case No. 2:12-CV-01821-JCM-(PAL)<br><br>AMENDED<br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Petitioner Grupo Anderson's, S.A. de C.V. ("Grupo") and Respondent Operadora Anderson's, S.A. de C.V. ("Operadora"), by their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal *without prejudice* of Grupo's Application for Order Confirming Arbitration Award (Dkt. #1), with each party to bear its own attorney's fees and costs.

DATED this 30th day of April, 2013.

| JOLLEY URGA WIRTH WOODBURY & STANDISH | GORDON SILVER |
|---|---|
| s/ Martin A. Little | s/ Kenneth E. Hogan |
| Martin A. Little, Esq. | Eric R. Olsen, Esq. |
| Brian C. Wedl, Esq. | Kenneth E. Hogan, Esq. |
| 3800 Howard Hughes Pkwy., #1600 | 3960 Howard Hughes Pkwy., 9th Floor |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89169 |
| Attorneys for Respondent | Attorneys for Petitioner |

**ORDER**

IT IS HEREBY ORDERED that these proceedings are hereby dismissed *without prejudice* with each party to bear its own attorney's fees and costs. The hearing set for May 1, 2013, at 10:00 AM is hereby VACATED.

IT IS SO ORDERED April 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

2

1  Prepared and submitted by:

2  Martin A. Little, Esq.
3  Nevada Bar No. 7067
   Email: mal@juww.com
4  Brian C. Wedl, Esq.
   Nevada Bar No. 8717
5  Email: bcw@juww.com
6  JOLLEY URGA WIRTH WOODBURY &STANDISH
7  3800 Howard Hughes Pkwy
   Wells Fargo Tower, 16th Floor
8  Las Vegas, Nevada 89169

9  James A. Gale
10 Florida Bar No. 371726 (*admitted pro hac vice*)
   Email: jgale@feldmangale.com
11 Richard Guerra
   Florida Bar No. 689521 (*admitted pro hac vice*)
12 Email: rguerra@feldmangale.com
   FELDMANG GALE, P.A.
13 One Biscayne Tower – 30th Floor
   2 S. Biscayne Blvd.
14 Miami, Florida 33131

15 Attorneys for Respondent
   Operadora Anderson's, S.A. de C.V.

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600
LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

3